**IN THE SUPREME COURT OF PENNSYLVANIA
MIDDLE DISTRICT**

| | | |
|---|---|---|
| DANIEL KING | : | No. 166 MM 2016 |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| HON. CHARLES B. BURR, II AND HON. | : | |
| BONNIE BRIGANCE LEADBETTER | : | |
| | : | |
| | : | |
| PETITION OF:  DANIEL KING AND | : | |
| THOMAS P. GANNON | : | |

**ORDER**

**PER CURIAM**

**AND NOW**, this 28th day of February, 2017, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Prohibition is **DENIED**.

The Application for Relief Pursuant to Pa.R.A.P. 123, filed by Riverwatch Condominium Owners Association, is **DISMISSED WITHOUT PREJUDICE**.  *See King v. Delaware County Court of Common Pleas Judge*, 2 MM 2017 (order dated February 28, 2017) (issuing a rule on Petitioners "to show cause why they should not be barred from submitting any further filings in this Court relative to the civil action involving Riverwatch Condominium Owners Association, including any related orders concerning the awards of costs, as well as directives barring Thomas P. Gannon, Esquire, from representing Daniel King.").

The Prothonotary is **DIRECTED** to strike the names of the jurists from the caption.